888 F.2d 1378
 ADW Incorporated, Altman (Stephen, Greta)
v.
Lutheran Social Mission Society, Pennsylvania National
Mutual Casualty Inc. Co., Philadelphia Authority for
Industrial Development, Leatherbee Doering Associates,
Philadelphia Housing Development Corp., Pennsylvania
National Mutual Casualty Ins. Co.
 NOS. 89-1339, 89-1387
 United States Court of Appeals,
Third Circuit.
 OCT 30, 1989
 
 Appeal From: E.D.Pa.,
 Van Artsdalen, J.
 
 
 1
 AFFIRMED IN PART AND DISMISSED IN PART.